UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FEDERAL TRADE COMMISSION *et al.*,    )
    Plaintiffs – Appellees,    )     Appeal No. 24-3835
                     )
    v.    )
                     )     D.C. No. 2:23-cv-01495-JHC
AMAZON.COM, INC.,    )     (W.D. Wash. at Seattle)
    Defendant – Appellee,    )
                     )
    v.    )     **MOTION TO APPEAR**
                     )     **REMOTELY BY VIDEO**
AMERICAN BOOKSELLERS    )     **FOR ORAL ARGUMENT,**
ASSOCIATION, INC.,    )     **IF ANY, ON THIS APPEAL**
    Proposed Intervenor    )
    Movant – Appellant.    )
_____)

The undersigned counsel for appellant hereby respectfully moves to appear remotely by video for oral argument, if any, on this appeal, to avoid at least two full travel days as the primary caregiver for an ailing elderly member of his household.

Respectfully submitted,

William D. Fisher, Esq.
Potomac Law Group, PLLC
1455 NW Leary Way, #400
Seattle, WA 98107
(206) 599-8888
wfisher@potomaclaw.com

*s/ Timothy W. Bergin*
Timothy W. Bergin, Esq.
Potomac Law Group, PLLC
1717 Pennsylvania Ave., NW, #1025
Washington, DC 20006
(703) 447-4032
tbergin@potomaclaw.com

Counsel for Proposed Intervenor, Movant - Appellant
American Booksellers Association, Inc.