No. 24-3835

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

FEDERAL TRADE COMMISSION, *et al.*,

*Plaintiffs-Appellees*, v.

AMAZON.COM, INC.,

*Defendant-Appellee*, v.

AMERICAN BOOKSELLERS ASSOCIATION, INC.,

*Movant-Appellant.*

On Appeal from the United States District Court
for the Western District of Washington
No. 2:23-cv-1495
Hon. John H. Chun, District Judge

**APPELLEE STATE OF RHODE ISLAND'S MOTION TO APPEAR REMOTELY FOR ORAL ARGUMENT**

Of counsel:

ALEX CARNEVALE

*Special Assistant Attorney General*

RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL
150 South Main Street
Providence, RI
(401) 274 4400
(860) 287 7156
acarnevale@riag.ri.gov

Pursuant to the Court's Notice of Oral Argument on September 22, 2024, undersigned counsel for Appellee State of Rhode Island, Alex Carnevale, respectfully moves this Court to permit him to appear remotely for oral argument scheduled for December 2, 2024, in San Francisco, CA. Undersigned counsel will attend remotely by video with the court's permission, and will be represented by counsel for Plaintiff-Appellees at oral argument.

Undersigned counsel is actively involved in multiple proceedings in the State of Rhode Island, where counsel is involved in hearings and status conference during the first week of December that require his physical presence during the time frame in which the oral argument is scheduled. Additionally, the travel required would cause a significant hardship in fulfilling undersigned counsel's obligations in the State of Rhode Island.

Counsel is equipped with the necessary technology to appear remotely via video conference or other means available to the Court. Remote attendance would allow counsel to participate, but not argue, in the oral argument, while simultaneously managing obligations in the State of Rhode Island.

Wherefore, for the reasons stated above, Plaintiff – Appellee respectfully requests that this Court grant permission for undersigned counsel to appear remotely for the oral argument in this appeal on December 2, 2024.

Dated: September 30, 2024

/s/ Alex Carnevale
Alex Carnevale
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Email: acarnevale@riag.ri.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

/s/ Meghan Spooner