|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | NOV 12 2024 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

FEDERAL TRADE COMMISSION; et al.,

    Plaintiffs - Appellees,

v.

AMAZON.COM, INC.,

    Defendant - Appellee,

v.

AMERICAN BOOKSELLERS ASSOCIATION, INC., Proposed Intervenor,

    Movant - Appellant.

No. 24-3835

D.C. No. 2:23-cv-01495-JHC
Western District of Washington, Seattle

ORDER

The motion of appellant American Booksellers Association, Inc. ("ABA") to submit the case on the briefs and to remove it from the oral argument calendar, Dkt. 46, is granted. The pending motions to appear remotely, Dkts. 47, 49, are denied as moot. The Court is aware of ABA's request for an expedited decision. Although the Court questions the asserted basis for that request, the Court will endeavor to issue a decision promptly.

                                        FOR THE COURT:

                                        MOLLY C. DWYER
                                        CLERK OF COURT